W. J. Vierck and Herbert H. Vierck, Copartners, Trading as W. J. Vierck and Son, Appellants, v. Edith A. Lindberg, Appellee.

Gen. No. 9,729.

opinion filed January 27, 1942. Karl J. Mohr, for appellants; Frank E. Maynard, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''